Michael J. Nuñez, Esq.
Nevada Bar No. 10703
mnunez@murchisonlaw.com
Daniel J. Klett, Esq.
Nevada Bar No. 14897
dklett@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957

Attorneys for Defendant PABLO
SOTOMIRANDA; FEDEX GROUND
PACKAGE SYSTEM, INC.; AND GREEN
ACQUISITIONS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARISSA MAAT, an individual, | **PETITION FOR REMOVAL** |
| Plaintiff, | |
| vs. | |
| PABLO SOTOMIRANDA, an individual; FEDEX GROUND PACKAGE SYSTEM, INC.; GREEN ACQUISITIONS, INC. and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

**TO:    THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:**

Please take notice, Defendants, PABLO SOTOMIRANDA; FEDEX GROUND PACKAGE SYSTEM, INC.; AND GREEN ACQUISITIONS, INC. (hereinafter "Defendants"), by and through their attorneys of record, MURCHISON & CUMMING, LLP, hereby submits this Petition of Removal to the United States District Court for the District of Nevada.

**I.**

Petitioners are Defendants PABLO SOTOMIRANDA; FEDEX GROUND PACKAGE SYSTEM, INC.; AND GREEN ACQUISITIONS, INC.

/ / /

**II.**

The above-entitled action was commenced in the Eighth Judicial District Court in Clark County, Nevada, and is now pending in that court.  True and Correct Copies of the Waiver of Service is attached hereto as **Exhibit A**.  A true and correct copy of the Complaint is attached hereto as **Exhibit B**. Plaintiff filed his Amended Complaint on October 15, 2022.

**III.**

This Petition is filed timely pursuant to 28 U.S.C. § 1446(b)(3).

**IV.**

This action is a civil action over which this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a) and is one which may be removed to this Court by Petition, pursuant to 28 U.S.C. § 1441(a).

**V.**

Plaintiff MARISSA MAAT was at all relevant times a citizen of the State of Nevada.  See Complaint, **Exhibit. B**.

**VI.**

Defendants are, and were at the time this action commenced, were not citizens of the state of Nevada. PABLO SOTOMIRANDA is a citizen of the State of California.  FedEx Ground Package System is subsidiary of a corporation incorporated in the state of Delaware with its principle place of business in Pennsylvania. Green Acquisitions, Inc. is incorporated in the state of California with its principle place of business in California.

**VII.**

Plaintiff seeks general damages and special damages in excess of $75,000.00. *See* Affidavit of Daniel J. Klett. Plaintiff also alleges damage for medical expenses, probable future medical expenses, loss of enjoyment of life, past and future loss of income and property damage. See Complaint, **Exhibit B**.

Therefore, Petitioners seek removal of the above-entitled action from the Eighth Judicial District Court in and for Clark County, Nevada to this Court, the U.S. District Court for the District of Nevada.

**VIII.**

A copy of the Petitioners' Petition for Removal, seeking removal of the above-entitled action to the United States District Court, District of Nevada, together with a copy of the Summons and Complaint, was deposited with the Deputy Clerk in the County Clerk's Office for the Eighth Judicial District Court in and for Clark County, Nevada.

**IX.**

Copies of all pleadings and papers served upon Petitioner in the above-entitled action are filed herewith.

Petitioners seek removal of the above-entitled action from the Eighth Judicial District Court in and for Clark County, Nevada to this Court.

DATED: October 20, 2022

**MURCHISON & CUMMING, LLP**

By     */s/ Daniel J. Klett*

Michael J. Nuñez, Esq.
Nevada Bar No. 10703
Daniel J. Klett, Esq.
Nevada Bar No. 14897
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Attorneys for Defendant PABLO
SOTOMIRANDA; FEDEX GROUND
PACKAGE SYSTEM, INC.; AND GREEN
ACQUISITIONS, INC.

**AFFIDAVIT OF DANIEL J. KLETT**

I, Daniel J. Klett, declare as follows:

1.     I am over 18 years of age, of sound mind and I have personal knowledge of the facts set forth herein.

2.     I am counsel for Defendants PABLO SOTOMIRANDA; FEDEX GROUND PACKAGE SYSTEM, INC.; AND GREEN ACQUISITIONS, INC. in the matter of <u>Marissa Maat vs. Pablo Sotomiranda; Fedex Ground Package System, Inc.,</u> Nevada Eight Judicial District Case No. A-22-856456-C.

3.     Plaintiff's Counsel Stephen Lewis indicated during a telephonic conference that Plaintiff seeks damages for and in excess of $75,000, with damages for past medical expenses exceeding $120,000 and future medical specials for a possible shoulder surgery.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

DATED:  October 20, 2022          **MURCHISON & CUMMING,  LLP**


By:     _/s/ Daniel J. Klett_
        Michael J. Nuñez, Esq.
        Nevada Bar No. 10703
        Daniel J. Klett, Esq.
        Nevada Bar No. 14897
        Attorneys for Defendants PABLO
        SOTOMIRANDA; FEDEX GROUND
        PACKAGE SYSTEM, INC.; AND GREEN
        ACQUISITIONS, INC.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

## **PROOF OF SERVICE**

2

**Marissa Maat vs. Pablo Sotomiranda**

3

**STATE OF NEVADA, COUNTY OF CLARK**

4
5

    At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Clark, State of Nevada.  My business address is 350 South Rampart Boulevard, Suite 320, Las Vegas, NV 89145.

6
7

    On October 20, 2022, I served true copies of the following document(s) described as **PETITION FOR REMOVAL** on the interested parties in this action as follows:

### **SEE ATTACHED SERVICE LIST**

8
9

**BY ELECTRONIC SERVICE:** by transmitting via the Court's electronic filing and electronic service the document(s) listed above to the Counsel set forth on the service list on this date.

10
11

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

12

    Executed on October 20, 2022, at Las Vegas, Nevada.

13

14

*/s/ Katherine Haman*
_____

15

Katherine D. Haman

16

## **SERVICE LIST**
### **Marissa Maat vs. Pablo Sotomiranda**

17

18

Eric Roy, Esq.                                    Attorneys for Plaintiff, MARISSA MAAT
Stephen K Lewis, Esq.

19

Eric Roy Law Firm
703 S. 8th Street

20

Las Vegas, NV  89101
Telephone: (702) 423-3333

21

Facsimile: (702) 924-2517
E-Mail: Eric@ericroylawfirm.com

22

E-Mail: Steve@ericroylawfirm.com

23

24

25

26

27

28