# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARISSA MAAT,<br>　　Plaintiff(s),<br>v.<br>FEDEX GROUND PACKAGE SYSTEM, INC., et al.,<br>　　Defendant(s). | Case No. 2:22-cv-01769-ART-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  The parties are hereby **ORDERED** to file, no later than December 19, 2022, a joint proposed discovery plan.

　　IT IS SO ORDERED.

　　Dated: December 12, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge