# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARISSA MAAT, an individual, | CASE NO. 2:22-CV-01769-ART-NJK |
| Plaintiff, | **ORDER APPROVING** |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| PABLO SOTOMIRANDA, an individual; FEDEX GROUND PACKAGE SYSTEM, INC.: a Delaware Corporation; GREEN ACQUISTIONS INC. a California Corporation; and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED to by Defendants PABLO SOTOMIRANDA, FEDEX GROUND PACKAGE SYSTEM, INC. AND GREEN ACQUISTIONS INC., and Plaintiff MARISSA MAAT, by and through their attorneys of record, that any and all claims among and between the above-named parties be dismissed with prejudice, each party to bear their own fees and costs incurred herein.

This Stipulation is entered into in good faith, in the interest of judicial economy, and not for the purposes of delay.

STIPULATED AND AGREED TO this 14 day of ~~March~~ April, 2023.

**MURCHISON & CUMMING, LLP**

By: /s/
Michael J. Nuñez, Esq.
Nevada Bar No. 10703
Daniel J. Klett, Esq.
Nevada Bar No. 14897
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Attorneys for Defendants PABLO SOTOMIRANDA, FEDEX GROUND PACKAGE SYSTEM, INC. AND GREEN ACQUISTIONS INC.

STIPULATED AND AGREED TO this 14 day of ~~March~~ April, 2023.

**ERIC ROY LAW FIRM**

By: /s/
Eric Roy, Esq.
Nevada Bar No. 11869
Stephen K. Lewis, Esq.
Nevada Bar No. 7064
703 South Eighth Street
Las Vegas, NV 89101
Attorneys for Plaintiff

///
///
///
///
///
///
///
///

## ORDER

The Court having considered the aforementioned Stipulation between the Parties, and good cause appearing therefore;

**ORDERED, ADJUDGED AND DECREED** that that the above-entitled action be, and the same hereby is, dismissed with prejudice, each of the parties to bear its own fees and costs;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** and any pending court date related to this matter shall be vacated and removed from calendar;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the Clerk of the Court shall close this case.

DATED: April 17, 2023.

Anne R. Traum
United States District Court Judge